# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVE MCCOLLUM, JR.,** | : | **CIVIL ACTION NO. 3:23-CV-1674** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **SUPERINTENDENT BOOHER,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 5th day of March, 2025, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.   The Pennsylvania Attorney General's Office is DISMISSED as a respondent in this action.

2.   The petition (Doc. 1) for writ of habeas corpus is DISMISSED with prejudice.

3.   A certificate of appealability shall not issue.

4.   The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania